NEW YORK TELEPHONE COMPANY, Respondent and Appellant, *v.* THE STATE OF NEW YORK, Appellant and Respondent.

*N. Y. Telephone Co.* v. *State of New York*, 169 App. Div. 310, affirmed.

(Argued June 5, 1916; decided July 11, 1916.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 19, 1915, upon an order which reversed a determination of the Board of Claims dismissing the plaintiff's claim for the value of a telephone line claimed to have been appropriated by the state in the construction of the barge canal and directed judgment awarding damages therefor.

*T. Harvey Ferris, Charles T. Russell, John A. Delehanty, Arnold W. Sherman* and *C. R. Dewey* for plaintiff, respondent and appellant.

*Egburt E. Woodbury, Attorney-General (Joseph P. Coughlin* of counsel), for defendant, appellant and respondent.

Judgment affirmed, without costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ. Dissenting: CUDDEBACK, J. ·